# United States Bankruptcy Court
## District of South Dakota

In re   **VEBLEN EAST DAIRY LIMITED PARTNERSHIP**                              Case No. _____
                                          Debtor(s)                            Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **VEBLEN EAST DAIRY LIMITED PARTNERSHIP** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July  2, 2010
Date

MICHAEL L MEYER 72527
Signature of Attorney or Litigant
Counsel for   VEBLEN EAST DAIRY LIMITED PARTNERSHIP
RAVICH MEYER KIRKMAN McGRATH NAUMAN & TANSEY PA
4545 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402-2225
612-332-8511 Fax:612-332-8302
mlmeyer@ravichmeyer.com