B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Dakota

In re __VEBLEN EAST DAIRY LIMITED PARTNERSHIP__  
                         Debtor(s)

Case No. _____  
Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AG PROCESSING INC<br>ATTN SCOTT QUICK<br>800 DIAGNOAL<br>DAWSON, MN 56232 | AG PROCESSING INC<br>ATTN SCOTT QUICK<br>800 DIAGNOAL<br>DAWSON, MN 56232 | GOODS AND SERVICES | | 59,311.77 |
| BUTLER MACHINERY<br>ATTN TROY VeWITZ<br>P O BOX 9559<br>FARGO, ND 58106-9559 | BUTLER MACHINERY<br>ATTN TROY VeWITZ<br>P O BOX 9559<br>FARGO, ND 58106-9559 | GOODS AND SERVICES | | 48,449.14 |
| ECONOMY PROPANE LLC<br>ATTN LAURA THOMPSON<br>902 N 14TH STREET<br>OAKES, ND 58474 | ECONOMY PROPANE LLC<br>ATTN LAURA THOMPSON<br>902 N 14TH STREET<br>OAKES, ND 58474 | GOODS AND SERVICES | | 31,507.13 |
| ELANCO ANIMAL HEALTH<br>ATTN LISA TREADWAY<br>75 REMITTANCE DRIVE STE 6889<br>CHICAGO, IL 60675-6889 | ELANCO ANIMAL HEALTH<br>ATTN LISA TREADWAY<br>75 REMITTANCE DRIVE STE 6889<br>CHICAGO, IL 60675-6889 | GOODS AND SERVICES | | 78,020.42 |
| FARGO WATER EQUIPMENT<br>ATTN MELANIE CLOSTERMAN<br>P O BOX 128<br>FARGO, ND 58107-0128 | FARGO WATER EQUIPMENT<br>ATTN MELANIE CLOSTERMAN<br>P O BOX 128<br>FARGO, ND 58107-0128 | GOODS AND SERVICES | | 41,086.79 |
| FARMERS ELEVATOR INC<br>ATTN JEFF TOPP<br>440 S RAILROAD AVE P O BOX 7<br>GRACE CITY, ND 58445 | FARMERS ELEVATOR INC<br>ATTN JEFF TOPP<br>440 S RAILROAD AVE P O BOX 7<br>GRACE CITY, ND 58445 | GOODS AND SERVICES | | 222,703.73 |
| HANUL LAW OFFICE<br>ATTN JAMES PARK<br>2677 N MAIN STREET STE 1070<br>SANTA ANA, CA 92705 | HANUL LAW OFFICE<br>ATTN JAMES PARK<br>2677 N MAIN STREET STE 1070<br>SANTA ANA, CA 92705 | LOAN | Disputed | 2,000,000.00 |
| HOUSTON ENGINEERING INC<br>ATTN BRENDA STROH<br>P O BOX 5054<br>FARGO, ND 58105-5054 | HOUSTON ENGINEERING INC<br>ATTN BRENDA STROH<br>P O BOX 5054<br>FARGO, ND 58105-5054 | GOODS AND SERVICES | | 53,108.45 |

B4 (Official Form 4) (12/07) - Cont.

In re    **VEBLEN EAST DAIRY LIMITED PARTNERSHIP**                                      Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HYDRO ENGINEERING INC<br>115 EAST MAIN STREET<br>P O BOX 300<br>NORWOOD YOUNG AMERICA, MN 55368-0300 | HYDRO ENGINEERING INC<br>115 EAST MAIN STREET<br>P O BOX 300<br>NORWOOD YOUNG AMERICA, MN 55368-0300 | GOODS AND SERVICES | | 103,186.70 |
| LOOKOUT RIDGE CONSULTING<br>P O BOX 4249<br>1921 PREMIER DRIVE<br>MANKATO, MN 56002 | LOOKOUT RIDGE CONSULTING<br>P O BOX 4249<br>1921 PREMIER DRIVE<br>MANKATO, MN 56002 | GOODS AND SERVICES | | 68,530.81 |
| MICHAELSON FARMS<br>ATTN JERRY MICHAELSON<br>21320 210TH AVENUE SW<br>CROOKSTON, MN 56716 | MICHAELSON FARMS<br>ATTN JERRY MICHAELSON<br>21320 210TH AVENUE SW<br>CROOKSTON, MN 56716 | GOODS AND SERVICES | | 91,404.45 |
| MID-STATE INSULATION INC<br>ATTN RAY NAGEL<br>P O BOX 188<br>PARK RAPIDS, MN 56470 | MID-STATE INSULATION INC<br>ATTN RAY NAGEL<br>P O BOX 188<br>PARK RAPIDS, MN 56470 | GOODS AND SERVICES | | 179,462.85 |
| MINNESOTA SELECT SIRES<br>ATTN CHRIS SIGURDSON<br>6601 GREGORY PARK ROAD<br>ST CLOUD, MN 56301 | MINNESOTA SELECT SIRES<br>ATTN CHRIS SIGURDSON<br>6601 GREGORY PARK ROAD<br>ST CLOUD, MN 56301 | GOODS AND SERVICES | | 77,764.98 |
| MUNSON LAKES<br>ATTN RAY MUNSON<br>P O BOX 549<br>HOWARD LAKE, MN 55349 | MUNSON LAKES<br>ATTN RAY MUNSON<br>P O BOX 549<br>HOWARD LAKE, MN 55349 | GOODS AND SERVICES | | 36,791.34 |
| NEW HORIZON DAIRY<br>ATTN JEFF STORMO<br>P O BOX 157<br>VEBLEN, SD 57270 | NEW HORIZON DAIRY<br>ATTN JEFF STORMO<br>P O BOX 157<br>VEBLEN, SD 57270 | GOODS AND SERVICES | | 782,517.75 |
| NUTRITION PHYSIOLOGY<br>ATTN JACKIE MONK<br>P O BOX 975336<br>DALLAS, TX 75397-5336 | NUTRITION PHYSIOLOGY<br>ATTN JACKIE MONK<br>P O BOX 975336<br>DALLAS, TX 75397-5336 | GOODS AND SERVICES | | 82,800.00 |
| PAUL'S ELECTRIC INC<br>454 4TH STREET<br>P O BOX 95<br>WYNDMERE, ND 58081-0095 | PAUL'S ELECTRIC INC<br>454 4TH STREET<br>P O BOX 95<br>WYNDMERE, ND 58081-0095 | GOODS AND SERVICES | | 37,634.49 |
| SCHUMACHER SALES CO INC<br>ATTN BOB MALSON<br>13332 384TH AVENUE<br>ABERDEEN, SD 57401 | SCHUMACHER SALES CO INC<br>ATTN BOB MALSON<br>13332 384TH AVENUE<br>ABERDEEN, SD 57401 | GOODS AND SERVICES | | 60,964.78 |
| STOCKMAN'S SUPPLY<br>ATTN ROB JAMESON<br>802 WEST MAIN AVENUE<br>WEST FARGO, ND 58078 | STOCKMAN'S SUPPLY<br>ATTN ROB JAMESON<br>802 WEST MAIN AVENUE<br>WEST FARGO, ND 58078 | GOODS AND SERVICES | | 628,948.46 |

B4 (Official Form 4) (12/07) - Cont.

In re   VEBLEN EAST DAIRY LIMITED PARTNERSHIP                    Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TANK'S BACKHOE SERVICE<br>ATTN ARLO TANK<br>10746 423RD AVENUE<br>BRITTON, SD 57430 | TANK'S BACKHOE SERVICE<br>ATTN ARLO TANK<br>10746 423RD AVENUE<br>BRITTON, SD 57430 | GOODS AND SERVICES | | 37,759.80 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CHIEF RESTRUCTURING OFFICER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   July 2, 2010                    Signature   /s/ STEVEN NERGER
                                                    STEVEN NERGER
                                                    CHIEF RESTRUCTURING OFFICER

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.