UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:

VEBLEN EAST DAIRY,
LIMITED PARTNERSHIP,
        Debtor.

Case No. 10-10146
Chapter 11

STATEMENT AND REQUEST OF RECEIVER VALUE ADDED SCIENCE TECHNOLOGIES, L.L.C. ACTING THROUGH STEVE WEISS AS ITS MANAGER ("VAST") STATEMENT AND REQUEST FOR FURTHER INSTRUCTION FROM THE COURT.

VALUE ADDED SCIENCE TECHNOLOGIES, L.L.C., acting through STEVE WEISS as its Manager ("VAST"), by and through its attorneys of record, files this statement and request and states as follows:

1. The Debtor, Veblen East Dairy, Limited Partnership, filed a voluntary Chapter 11 Petition in Bankruptcy on or about July 2, 2010.

2. VAST has been acting as Receiver pursuant to an Order in the District Court, Fifth Judicial District, County of Blue Earth, State of Minnesota, with which this Court is familiar given pleadings and hearing in the Chapter 11 case of Veblen West Dairy, L.L.P.

3. VAST has been requested by someone claiming to be the Debtor in Possession of Veblen East Dairy, Limited Partnership, to provide full accountings, etc. and turn over all assets by Tuesday, July 06, 2010.

4. Before doing so, VAST would request the Court to review all proceedings, pleadings, transcripts, etc. entered in the Minnesota State Court and then determine specifically what reports and assets this Court requires VAST to make and turn over.

5. VAST stands ready to continue to serve this Court or the District Court in Minnesota in continuing to operate Veblen East Dairy and to proceed to carry out any liquidation or operation in the best interest of Veblen East Dairy as this Court should desire or order.

1

WHEREFORE, VAST requests the Court for further direction and for such other and further Orders as the Court may find just and equitable in the premises.

Dated the 6th day of July, 2010.

By: /s/ Charles T. Patterson
CHARLES T. PATTERSON #AT0006026
Patterson & Prahl LLP
25043 Little Water Lane
P.O. Box 767
Custer, SD 57730-0767
Tele:  (605) 673-5223
Fax:   (605) 673-4240
Cell:  (712) 251-3255
Email: tom.patterson@wildblue.net
Attorney for VAST Acting thru its
Manager, Steve Weiss as Receiver for
Veblen East Dairy Limited Partnership

2