# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10146 |
| | ) | Chapter 11 |
| VEBLEN EAST DAIRY | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | DEBTOR'S MOTION FOR AUTHORITY |
| Debtor. | ) | TO USE CASH COLLATERAL AND |
| | ) | REQUEST FOR PRELIMINARY HEARING |

TO:   THE PARTIES IN INTEREST AS SPECIFIED IN LOCAL RULE 9001-1(7).

1.   Veblen East Dairy Limited Partnership (the "Debtor"), moves this Court (the "Motion") for the relief requested below and gives notice of hearing.

2.   Any hearing on the Motion seeking an interim order shall be set by separate order, in the Court's discretion, and in the event the Court schedules such a hearing, all parties will receive separate notice of the same from the Debtor. A hearing on the Motion seeking a final order shall also be set by separate order, but only if an objection is timely filed with the Court.

3.   Local Rules 2002-1(f) and 9014-1(a) provides deadlines for responses to this Motion. However, given the expedited nature of the relief sought with respect to the portion of the Motion seeking an interim order, the Debtor does not object to written responses being served and filed immediately prior to the hearing. Any response to the Motion for a final order must be filed and delivered on or before a date that will be later designated by the Court. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.   This Court, has jurisdiction over this Motion under 28 U.S.C. § § 157 and 1334 and Bankruptcy Rule 5005. This is a core proceeding. The petition commencing the Chapter 11 case for the Debtor was filed on July 2, 2010. The case is now pending before this Court.

5. This Motion arises under 11 U.S.C. § 363(c) and Fed. Bankr. P. 4001(b). This Motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9001-1 to 9014-1 and 4001-2. The Debtor requests that this Court grant the request for preliminary hearing and enter an interim order authorizing use of cash collateral. The Debtor also requests a final order authorizing the Debtor to use cash collateral. The grounds for this Motion are set forth below.

## RULE 4001 STATEMENT

6. Pursuant to Fed. R. Bankr. P. 4001, the Debtor states that it requests an interim and final order authorizing and approving the use of cash collateral in which the Debtor's secured lenders, AgStar Financial Services, PCA and AgStar Financial Services, FLCA (collectively, "AgStar"), hold a security interest.

7. The Debtor will use the cash collateral to continue its operations and pursue a reorganization of its business. The Debtor requests an interim order approving the use of cash collateral through July 31, 2010, and a final order approving the use of cash collateral through December 15, 2010. As adequate protection for the use of cash collateral, the Debtor proposes to: (i) provide payments equal to the amount of interest otherwise payable on AgStar's existing loans on a monthly basis; (ii) grant AgStar replacement liens on all after-acquired collateral; and (iii) to operate its business to maximize the value of AgStar's collateral.

## BACKGROUND

8. On July 2, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code" or "Code"). On the Petition Date, the Debtor's business was in the possession of a receiver, Value-Added Science & Technologies, LLC and its manager, Steve Weiss (the "Receiver"), pursuant to order of the Minnesota District Court sitting in Blue Earth County (case no.___).  Since the

Petition Date, the Receiver has turned over to the Debtors possession of its property and the Debtor has continued to operate its business as a debtor-in-possession pursuant to Section 1107(a) and 1108 of the Code. No creditors' or other official committee has yet been appointed pursuant to Section 1102 of the Bankruptcy Code. The main parties in interest have been served with this motion.

9. The Debtor was formed in 2007.

10. The Debtor is a South Dakota limited partnership with its principal place of business in Veblen, South Dakota. The Debtor's facility consists of a dairy production operation with the capacity to house up to 8,500 cows and is currently milking approximately 4,000 cows. The Debtor does not expect a decrease in the size of its livestock herd during the period of its interim or final use of cash collateral.

11. Prior to the Petition Date, the owner of the Debtor, The Dairy Dozen—Veblen, LLP, authorized the engagement of Steven Nerger of Silverman Consulting as Chief Restructuring Officer ("CRO") of the Debtor. In that capacity, Mr. Nerger has the authority to manage the financial aspects of the Debtor's business and oversee its operations. Mr. Nerger has primary responsibility for the discharge of the Debtor's duties as debtor-in-possession in this case.

12. Before the appointment of the Receiver, the Debtor was managed by Prairie Ridge Management Company, LLC ("Prairie Ridge") pursuant to a Management Agreement, dated April 21, 2008. The CRO intends to continue the retention of Prairie Ridge under the Management Agreement. Although Prairie Ridge will provide the Debtor with some financial management and accounting services, general management services and farm management

services, the Debtor through the CRO remains responsible for managing its cow herd, facilities and employees and for overall financial management.

13.     The Debtor's operations are primarily financed by AgStar, with a credit facility in the aggregate amount of approximately $42 million.

14.     Pursuant to a Revolving Dairy Cattle Agreement, Veblen East Dairy Limited Partnership ("Veblen East") sells cows to Veblen West Dairy, New Horizon Dairy, and Five Star Dairy to replace culls, dead cows and dry cows. In exchange, the Dairies sell Veblen East pregnant dry cows 60 days prior to calving. This arrangement allows the Dairies to maintain productive herds while also maintaining consistent costs for replacement cows.  It also allows Veblen East to spread its cost of the highly specialized labor and the special needs facility over all four herds.

15.     The Debtor's facilities are in excellent condition, as is its cow herd. The Debtor has a solid group of employees and its production numbers are strong relative to the dairy production industry.

16.     Under this operating structure, the Debtor earned approximately $37.5 million in revenue during 2008, and approximately $38.5 million in revenue during 2009.

17.     A number of factors led to this Chapter 11 filing. In 2009, milk prices (the Debtor's primary revenue source) dropped by approximately 50% from 2008 levels.  During the same period, costs for dairy feed reached a 35 year high. Thus, the Debtor's cost to feed cows spiked while the revenue the cows generated dropped considerably. Expenses increased $4.6 million from 2008 to 2009. This required the Debtor to drain equity and cash reserves to maintain its operation, much like the rest of the dairy industry.

18.     The impact of pricing and cost factors was compounded by other economic and recessionary forces. After five years of unprecedented growth, United States dairy exports all but disappeared in 2009. Additionally, the economic recession and resulting unemployment rates significantly reduced consumption of dairy products.

19.     The Debtor responded immediately to these market conditions with operational changes as well as an infusion of additional equity. However, economic conditions have placed the Debtor and other dairy producers in a precarious financial situation.

20.     AgStar and other financing sources previously available to the Debtor became more restrictive when they were most needed. Despite the Debtor's repeated attempts to restructure its credit facilities with AgStar to meet its needs, AgStar has refused to accommodate the industry changes and the Debtor's economic realities.

21.     The Debtor's access to capital was further limited by the restrictions AgStar imposed on the current credit facility. On September 10, 2009 and September 21, 2009, AgStar required that the Debtor enter into Collateral Assignment of Dairy Income agreements. These agreements require the Debtor's largest customer to make payments to AgStar instead of paying the Debtor. This has resulted in monthly payments directly to AgStar in the approximate amount of $364,000.  Thus, prior to the Petition Date, AgStar was receiving payments from the Debtor. AgStar has not made additional credit available to the Debtor to replace this significant reduction in the Debtor's cash flow.

22.     AgStar has taken a direct assignment of the approximately $364,000 in dairy income as payment related to the Debtor's credit facility.

23.     Notwithstanding these payments to AgStar in March 2010, AgStar demanded that the Debtor surrender its business to AgStar. When the Debtor refused, AgStar declared a default,

accelerated the debt, and filed a motion in Blue Earth County, Minnesota seeking appointment of a receiver for Veblen East and other related operations.

24. As a result of the foregoing, the Debtor filed this bankruptcy case in order to preserve the going concern value, protect unsecured creditors, and restructure its liabilities in accordance with the provisions of the Bankruptcy Code.

## USE OF CASH COLLATERAL

25. The Debtor seeks to use cash collateral, specifically the proceeds generated from the Debtor's inventory and accounts, existing as of the date of commencement of this case, and in which AgStar claims an interest. Specifically, the Debtor seeks to use all cash generated by the following categories of collateral in which AgStar may hold an interest ("Collateral"):

   i. All harvested crops and processed crops; all livestock and poultry; all feed, seed, fertilizer, insecticides, herbicides and other agricultural chemicals and supplies; all equipment, spare parts and spare parts and special tools for such equipment; all motor vehicles and all fixtures;

   ii. All contract rights, chattel paper, documents, accounts and general intangibles;

   iii. All inventory, goods, instruments and farm products;

   iv. All milk and accounts from milk sales;

   v. The Debtor's stock, participation certificates, equity reserve and allocated surplus in AgStar or its parent association;

   vi. All documents of title, warehouse receipts, weight receipts, scale tickets, storage contracts and deficiency payments;

   vii. All products of crops, livestock and poultry; and

    viii. The Debtor's real property located in Marshall County, South Dakota.

  26. The Debtor believes that AgStar has perfected its security interests.

  27. In addition to AgStar, other parties may hold an interest in one or more categories of the Collateral. Those parties include Caterpillar Financial Services Corporation; VFS US, LLC; VFS Leasing Co.; John Deere Credit; GE Transportation Co.; and Northland Capital Cooperative Services, LLC.

  28. The Debtor seeks the use of cash collateral in order to pay expenses in accordance with the cash flow projections and budget attached hereto as Exhibit A (the "Budget"). The Debtor will use cash collateral to purchase supplies, feed for its herd, compensate employees and provide employee benefits, pay rent on leased premises and/or equipment, make necessary, routine repairs to facilities and equipment, pay promotional expenses and satisfy utility costs. The Debtor does not realize revenues from its operations until July 19, 2010 at the earliest.

  29. Therefore, the Debtor requires the use of cash collateral to operate. Without the necessary funds to purchase feed for its herd and to meet its other expenses, the Debtor's operations will suffer immediate and irreparable harm, and the value of the Debtor's business will be substantially diminished. Specifically, unless the Debtor obtains immediate authorization from the Court to use cash collateral, tens of thousands of dollars in perishable inventory will be lost, livestock critical to the Debtor's continuing business will likely suffer serious physical injury, and 90 employees, many of whom are necessary to the Debtor's continuing operations, will very likely lose their jobs.

  30. As set forth in the Budget, the Debtor has an immediate need to use approximately $3,309,901 of cash collateral between the Petition Date and the week ending July 31, 2010, in accordance with the terms of the Budget. Payment of these amounts is necessary to

avoid immediate and irreparable harm to the estate, as set forth in the preceding paragraph, pending a final hearing on this Motion. Thus, the Debtor's need for the use of cash collateral is critical and immediate.

31.     The Debtor has a limited amount of cash on hand and will generate cash from ongoing operations. As set forth in the Budget, the Debtor projects that such cash will be sufficient to fund its Chapter 11 administrative expenses, including post-petition operating expenses, while maintaining a comparable level of collateral to provide adequate protection to AgStar.

## ADEQUATE PROTECTION

32.     To adequately protect AgStar's interest, the Debtor proposes to grant AgStar post-petition replacement liens of the same priority, dignity, and effect as its pre-petition interest in the Debtor's cash collateral, to the extent of cash collateral used. In addition, as further adequate protection, the Debtor will pay an amount equal to all monthly interest otherwise payable on AgStar's loans.

33.     The Debtor's proposed use of cash, its provision of the replacement liens, and its monthly payment of a sum equal to the amount of interest on AgStar's loans will provide AgStar with adequate protection against any risk that might be posed by the Debtor's use of its cash collateral. The Debtor proposes to use the cash to continue its operation until a plan of reorganization can be confirmed. Use of the cash collateral during this period will greatly enhance the value of the Debtor and its estate. If the Debtor is not granted authority to use cash collateral, the only alternative may be to shut down the Debtor's business because the Debtor will be unable to fund its ongoing operations. Any such shutdown would, among other things, greatly reduce the value of AgStar's interest.

34. The Budget demonstrates that through the use of cash collateral, the Debtor will be able to continue operations and work towards a successful reorganization of its company. Such a result is in the best interest of Debtor's estate, AgStar and the Debtor's other creditors.

35. Debtor has been in contact with AgStar's legal counsel, and the Debtor and AgStar are currently engaged in negotiations regarding the Debtor's use of cash collateral.

36. Prior to the hearing on the Motion, and in settlement of any and all of the matters raised in this Motion, the Debtor may enter into a stipulation or agreed order with AgStar concerning the use of cash collateral, adequate protection, and other related matters. In the event the Debtor enters into any such stipulation, it will seek approval of the stipulation without further notice or hearing pursuant to Bankruptcy Rule 4001(d)(4), and the DEBTOR HEREBY GIVES NOTICE OF INTENT TO SEEK APPROVAL OF ANY SUCH STIPULATION.

## EXPEDITED RELIEF

37. The Debtor seeks the interim relief herein on an expedited basis and cause exists to reduce notice of the Motion. The Debtor has given approximately two (2) days notice of the hearing. AgStar and the Debtor's largest unsecured creditors have been served with a copy of the Motion.

38. Moreover, the Debtor must have access to cash collateral in the interim period. Among other things, the Debtor is scheduled to fund payroll obligations on July 20, 2010. If the Debtor fails to make such payments, the Debtor may lose its employees and. In many instances, the Debtor will be unable to hire new employees. Without the funds under the interim use of cash collateral as proposed, the Debtor will suffer inventory losses, damage to its herd, and may be unable to continue its operations overall. If these things occur, the interests of creditors and

others in this case will be irreparably harmed. Accordingly, cause exists to reduce notice of the hearing with respect to an interim ordering authorizing the use of cash collateral.

39. Pursuant to Local Rules 9004-1 to 9004-3 and 9072-1, this Motion is accomplished by a memorandum of law, proposed order, and proof of service.

WHEREFORE, the Debtor moves the Court for an order granting:

A. An expedited hearing on this Motion;

B. Interim and financial authorization to use cash collateral or approval of any agreement reached with AgStar regarding financing; and

C. Such other and further relief as the Court deems just and equitable.

Dated this 7th day of July, 2010

/s/ Thomas M. Tobin
Thomas M. Tobin
Attorney for Debtor
404 S. Lincoln
P.O. Box 1456
Aberdeen, SD 57401
Tele: (605) 225-1000
Fax: (605) 225-0625
Email: ttobin@nvc.net

AND

Michael L. Meyer
Attorney for Debtor
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tele: (612) 332-8511
Fax: (612) 332-8302
Email: mlmeyer@ravichmeyer.com

**Veblen East**
**Profit & Loss**

| | Projected | Actual | Projected | Actual |
|---|---:|---:|---:|---:|
| | 7.01.10-7.17.10 | | 7.18.10-7.31.1 | |
| **Beginning Cash** | $ 369,000.00 | | $ 64,916.93 | |
| **Ending Cash** | $ 64,916.93 | | $ 60,882.76 | |
| | | | | |
| **Income** | | | | |
| | | | | |
| Bull Calf Sales | 13,150.00 | 25.00 | 13,150.00 | 0.00 |
| Heifer Calf Sales | 10,775.00 | | 10,775.00 | |
| Total Calf Sales | 23,925.00 | 25.00 | 23,925.00 | 0.00 |
| Cull Cow Income | 30,000.00 | | 30,000.00 | |
| Milk Cow Sales | 1,038,775.00 | | 1,038,775.00 | |
| Total Cow Sales | 1,068,775.00 | 0.00 | 1,068,775.00 | 0.00 |
| | | | | |
| Manure Income | | | | |
| Avg. Total head milking 3700 | | | | |
| Milk Contracted | | 100.00 | | 0.00 |
| Milk Sold to SFCR | | 0.00 | | 0.00 |
| Milk Sales (shipped previous month) | 131,000.00 | 0.00 | 735,383.88 | 0.00 |
| Total Milk | 131,000.00 | 100.00 | 735,383.88 | 0.00 |
| | | | | |
| **Total Income** | **1,223,700.00** | **125.00** | **1,828,083.88** | **0.00** |
| | | | | |
| **Expenses** | | | | |
| Bank Service Charges/FSB | 250.00 | 5.00 | 250.00 | 0.00 |
| Cleaning Supplies | | | | |
| Consulting Fees/Cargill | 6,500.00 | | | |
| Legal Fees | 0.00 | | 1,750.00 | |
| License & Permit Fees & Visas | | | 5,000.00 | |
| Management Fees/PRM | 39,000.00 | | | |
| Meals & Lodging | 0.00 | | 0.00 | |
| Office Expense | 0.00 | | 850.00 | |
| Office Supplies | 0.00 | | 500.00 | |
| Travel Expenses | - | | 1,500.00 | |
| **Total Administration Expense** | **45,750.00** | **5.00** | **9,850.00** | **0.00** |
| | | | | |
| Drugs  (Stockmen's cv) | 16,000.00 | 2.00 | 16,000.00 | 0.00 |
| Transition Drugs | 4,400.00 | | 4,400.00 | |
| Vet Supplies Expense | 1,500.00 | | 1,500.00 | |
| Veterinarian Expense | 1,800.00 | | 1,800.00 | |
| **Total Animal Health Expenses** | **23,700.00** | **2.00** | **23,700.00** | **0.00** |
| | | | | |
| Sand Bedding | 0.00 | 2.00 | 5,700.00 | 0.00 |
| Straw Bedding | - | | 250.00 | |
| **Total Bedding Expense** | **0.00** | **2.00** | **5,950.00** | **0.00** |
| | | | | |
| Breeding Drugs/ Stockmen's | 5,000.00 | 3.00 | 5,000.00 | 0.00 |
| Preg Checks/PRM | | | 8,200.00 | |
| Semen/MN SS | 8,500.00 | | 8,500.00 | |
| **Total Breeding Expenses** | **13,500.00** | **3.00** | **21,700.00** | **0.00** |
| | | | | |
| BST - Production Enhancer | 0.00 | | 27,000.00 | |

## Veblen East
## Profit & Loss

| | Projected | Actual | Projected | Actual |
|---|---:|---:|---:|---:|
| | 7.01.10-7.17.10 | | 7.18.10-7.31.1 | |
| **Beginning Cash** | $ 369,000.00 | | $ 64,916.93 | |
| **Ending Cash** | $ 64,916.93 | | $ 60,882.76 | |
| Total Alfalfa - High | 42,600.00 | 6.00 | 28,000.00 | 0.00 |
| Total Alfalfa - Low | 26,730.00 | | 20,000.00 | |
| Corn | 29,930.00 | | 27,000.00 | |
| Corn- High Moisture | | | | |
| Corn Silage | 51,000.00 | | 51,000.00 | |
| Liquid Feed | 0.00 | | 10,550.00 | |
| Energy Booster | 0.00 | | 9,500.00 | |
| Gluten | 32,214.00 | | 25,000.00 | |
| Hay - Dry Cow | 5,500.00 | | 5,500.00 | |
| Haylage | 0.00 | | | |
| Mineral | 800.00 | | 800.00 | |
| Mineral - Anionic Pack | 0.00 | | 4,000.00 | |
| Mineral - Close | 0.00 | | 8,500.00 | |
| Mineral - Dry Cow | 0.00 | | 2,300.00 | |
| Mineral - Fresh | 0.00 | 8.00 | | 0.00 |
| Mineral - Lactation | 0.00 | | 28,000.00 | |
| Other Feed | 500.00 | | 500.00 | |
| SBM | 26,990.00 | | 25,000.00 | |
| Soy Hulls | 13,224.00 | | 11,500.00 | |
| Straw | 18,470.00 | | 8,500.00 | |
| WDG | 6,940.00 | | 9,200.00 | |
| Weighbacks | - | | (3,500.00) | |
| **Total Feed Expense** | 254,898.00 | 14.00 | 271,350.00 | 0.00 |
| | | | | |
| Milk Hauling | 0.00 | 5.00 | 18,000.00 | 0.00 |
| Trucking - Livestock | 2,500.00 | | 7,500.00 | |
| **Total Freight and Trucking** | 2,500.00 | 5.00 | 25,500.00 | 0.00 |
| | | | | |
| Diesel    (Baus cv) | 12,200.31 | | 9,200.00 | |
| Diesel - Feed Center | 10,000.00 | | 10,000.00 | |
| Fuel - Other | 1,000.00 | 5.00 | 1,000.00 | 0.00 |
| Gas | 200.00 | | 200.00 | |
| Gas - Feed Center | 150.00 | | 150.00 | |
| **Total Fuel** | 23,550.31 | 5.00 | 20,550.00 | 0.00 |
| Net cow sales | | | 125,200.00 | |
| Dry Cow Feed Income/Expense | | | | |
| Herd Replacement - Cows Purchased | 618,425.00 | | 618,425.00 | |
| Herd Replacement - Culls | 69,375.00 | 8.00 | 69,375.00 | 0.00 |
| Herd Replacement - Deads | 13,875.00 | | 13,875.00 | |
| Herd Replacment - Purchases | 210 | 304,500.00 | 210 | 304,500.00 | |
| **Total Herd Replacement Expense** | 1,006,175.00 | 8.00 | 1,006,175.00 | 0.00 |
| | | | | |
| Cattle Insurance | 4,500.00 | 3.00 | | 0.00 |
| Liability Insurance | | | | |
| Insurance Expense - Other | | | 17,000.00 | |
| **Total Insurance Expense** | 4,500.00 | 3.00 | 17,000.00 | 0.00 |
| | | | | |
| Bond Interest  (REED & IRB) | | 2.00 | 2,780.01 | 0.00 |
| Interest-Feed & Cattle | | | 74,165.40 | |
| Interest-Equipment | | | 4,500.00 | |
| AgStar Payment | - | | - | |
| Interest Property | | | 29,432.86 | |
| **Total Interest Expense** | 0.00 | 2.00 | 110,878.27 | 0.00 |

**Veblen East**
**Profit & Loss**

|   | Projected | Actual | Projected | Actual |
|---|---:|---:|---:|---:|
|   | 7.01.10-7.17.10 |   | 7.18.10-7.31.1 |   |
| **Beginning Cash** | $ 369,000.00 |   | $ 64,916.93 |   |
| **Ending Cash** | $ 64,916.93 |   | $ 60,882.76 |   |
|   |   |   |   |   |
| Workmans Comp Insurance |   | 6.00 | 7,800.00 | - |
| Labor Expense | 37,245.00 |   | 100,000.00 |   |
| Total Labor Expense | 37,245.00 | 6.00 | 107,800.00 | 0.00 |
|   |   |   |   |   |
| Marketing Expenses - Livestock |   | 3.00 |   | - |
| Marketing Expenses - Milk |   |   |   |   |
| Total Marketing Expenses | 0.00 | 3.00 | 0.00 | 0.00 |
|   |   |   |   |   |
| Manure Equipment | 0.00 | 3.00 | 25,000.00 | 0.00 |
| Manure Consulting |   |   | 2,500.00 |   |
| Manure Expenses |   |   |   |   |
| Total Nutrient Management Expenses | 0.00 | 3.00 | 27,500.00 | 0.00 |
|   |   |   |   |   |
| Dry Cow Faciltiy Rent |   |   |   |   |
| Feed Center Rent |   |   |   |   |
| Machinery Lease - Long Term | 0.00 | 2.00 | 10,000.00 | 0.00 |
| Machinery Lease - Short Term | 0.00 |   | 15,000.00 |   |
| Machinery Rental | 0.00 |   | 5,000.00 |   |
| Total Rent Expense | 0.00 | 2.00 | 30,000.00 | 0.00 |
|   |   |   |   |   |
| Building Repairs | 1,500.00 | 2.00 | 1,500.00 | 0.00 |
| Equipment Repairs | 14,000.00 |   | 14,000.00 |   |
| Equipment Storage |   |   |   |   |
| Feed Center Repairs | 5,500.00 |   | 5,500.00 |   |
| Feed Truck Repairs | 1,500.00 |   | 1,500.00 |   |
| Parlor Repairs (Schumacher's cv) | 3,500.00 |   | 64,464.78 |   |
| Total Repairs & Maintenance | 26,000.00 | 2.00 | 86,964.78 | 0.00 |
|   |   |   |   |   |
| Farm Supplies (Grobe's cv) | 4,039.76 | 3.00 | 1,500.00 | 0.00 |
| Parlor Supplies | 12,525.00 |   | 10,000.00 |   |
| Shop Supplies | 1,000.00 |   | 1,000.00 |   |
| Supplies - Other |   |   |   |   |
| Total Supplies | 17,564.76 | 3.00 | 12,500.00 | 0.00 |
|   |   |   |   |   |
| Property Taxes |   | 2.00 |   | 0.00 |
| Sales Tax |   |   |   |   |
| Total Taxes | 0.00 | 2.00 | 0.00 | 0.00 |
|   |   |   |   |   |
| Garbage | 1,200.00 | 3.00 | 1,200.00 | 0.00 |
| Gas & Electric | 66,000.00 |   |   |   |
| LP | 3,500.00 |   | 3,500.00 |   |
| Telephone / Internet | 1,500.00 |   |   |   |
| Water | 200.00 |   |   |   |
| Total Utilities | 72,400.00 | 3.00 | 4,700.00 | 0.00 |
|   |   |   |   |   |
| **Total Expense** | 1,527,783.07 | 73.00 | 1,782,118.05 | 0.00 |
|   |   |   |   |   |
| **Net Ordinary Income** | $ (304,083.07) | 52.00 | $ 45,965.83 | 0.00 |
|   |   |   |   |   |
| Bankruptcy Specific Expenses | 0.00 | 2.00 | 50,000.00 | 0.00 |
|   |   |   |   |   |
| **Net Income** | -304,083.07 | 50.00 | -4,034.17 | 0.00 |

C:\Documents and Settings\ljmickelborough\Local Settings\Temporary Internet Files\Content.Outlook\AJY0JLE4\VE 100701 90 day cash collateral

# Veblen East
# Profit & Loss

| | 8.01.10-8.17.10 | 8.18.10-8.31.10 | 9.01.10-9.17.10 | 9.18.10-9.30.10 |
|---|---:|---:|---:|---:|
| Beginning Cash | $ 60,882.76 | $ 108,712.46 | $ 177,863.89 | $ 205,239.70 |
| Ending Cash | $ 108,712.46 | $ 177,863.89 | $ 205,239.70 | $ 253,937.23 |
| **Income** | | | | |
| Bull Calf Sales | 15,400.00 | 15,400.00 | 17,700.00 | 17,700.00 |
| Heifer Calf Sales | 12,600.00 | 12,600.00 | 14,500.00 | 14,500.00 |
| Total Calf Sales | 28,000.00 | 28,000.00 | 32,200.00 | 32,200.00 |
| Cull Cow Income | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 |
| Milk Cow Sales | 882,450.00 | 882,450.00 | 795,500.00 | 795,500.00 |
| Total Cow Sales | 912,450.00 | 912,450.00 | 825,500.00 | 825,500.00 |
| Manure Income | | | | |
| Avg. Total head milking 3700 | | | | |
| Milk Contracted | | | | |
| Milk Sold to SFCR | | | | |
| Milk Sales (shipped previous month) | 728,829.70 | 728,829.70 | 722,975.81 | 722,975.81 |
| Total Milk | 728,829.70 | 728,829.70 | 722,975.81 | 722,975.81 |
| Total Income | 1,669,279.70 | 1,669,279.70 | 1,580,675.81 | 1,580,675.81 |
| **Expenses** | | | | |
| Bank Service Charges/FSB | 250.00 | 250.00 | 250.00 | 250.00 |
| Cleaning Supplies | | | | |
| Consulting Fees/Cargill | 6,500.00 | | 6,500.00 | |
| Legal Fees | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
| License & Permit Fees & Visas | | | | |
| Management Fees/PRM | 39,000.00 | | 39,000.00 | |
| Meals & Lodging | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Expense | 850.00 | 850.00 | 850.00 | 850.00 |
| Office Supplies | 500.00 | 500.00 | 500.00 | 500.00 |
| Travel Expenses | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Total Administration Expense | 50,350.00 | 4,850.00 | 50,350.00 | 4,850.00 |
| Drugs (Stockmen's cv) | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 |
| Transition Drugs | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 |
| Vet Supplies Expense | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Veterinarian Expense | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 |
| Total Animal Health Expenses | 23,700.00 | 23,700.00 | 23,700.00 | 23,700.00 |
| Sand Bedding | 5,700.00 | 5,700.00 | 5,700.00 | 5,700.00 |
| Straw Bedding | 250.00 | 250.00 | 250.00 | 250.00 |
| Total Bedding Expense | 5,950.00 | 5,950.00 | 5,950.00 | 5,950.00 |
| Breeding Drugs/ Stockmen's | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| Preg Checks/PRM | | 8,200.00 | | 8,200.00 |
| Semen/MN SS | 8,500.00 | 8,500.00 | 8,500.00 | 8,500.00 |
| Total Breeding Expenses | 13,500.00 | 21,700.00 | 13,500.00 | 21,700.00 |
| BST - Production Enhancer | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 |

## Veblen East
## Profit & Loss

| | 8.01.10-8.17.10 | 8.18.10-8.31.10 | 9.01.10-9.17.10 | 9.18.10-9.30.10 |
|---|---:|---:|---:|---:|
| Beginning Cash | $ 60,882.76 | $ 108,712.46 | $ 177,863.89 | $ 205,239.70 |
| Ending Cash | $ 108,712.46 | $ 177,863.89 | $ 205,239.70 | $ 253,937.23 |
| Total Alfalfa - High | 28,000.00 | 28,000.00 | 28,000.00 | 28,000.00 |
| Total Alfalfa - Low | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 |
| Corn | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 |
| Corn- High Moisture | | | | |
| Corn Silage | 51,000.00 | 51,000.00 | 51,000.00 | 51,000.00 |
| Liquid Feed | 10,550.00 | 10,550.00 | 10,550.00 | 10,550.00 |
| Energy Booster | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 |
| Gluten | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| Hay - Dry Cow | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| Haylage | 50,000.00 | | 50,000.00 | |
| Mineral | 800.00 | 800.00 | 800.00 | 800.00 |
| Mineral - Anionic Pack | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 |
| Mineral - Close | 8,500.00 | 8,500.00 | 8,500.00 | 8,500.00 |
| Mineral - Dry Cow | 2,300.00 | 2,300.00 | 2,300.00 | 2,300.00 |
| Mineral - Fresh | | | | |
| Mineral - Lactation | 28,000.00 | 28,000.00 | 28,000.00 | 28,000.00 |
| Other Feed | 500.00 | 500.00 | 500.00 | 500.00 |
| SBM | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| Soy Hulls | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 |
| Straw | 8,500.00 | 8,500.00 | 8,500.00 | 8,500.00 |
| WDG | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 |
| Weighbacks | (3,500.00) | (3,500.00) | (3,500.00) | (3,500.00) |
| Total Feed Expense | 321,350.00 | 271,350.00 | 321,350.00 | 271,350.00 |
| | | | | |
| Milk Hauling | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 |
| Trucking - Livestock | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| Total Freight and Trucking | 25,500.00 | 25,500.00 | 25,500.00 | 25,500.00 |
| | | | | |
| Diesel   (Baus cv) | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 |
| Diesel - Feed Center | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Fuel - Other | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Gas | 200.00 | 200.00 | 200.00 | 200.00 |
| Gas - Feed Center | 150.00 | 150.00 | 150.00 | 150.00 |
| Total Fuel | 20,550.00 | 20,550.00 | 20,550.00 | 20,550.00 |
| Net cow sales | | 144,600.00 | | 107,000.00 |
| Dry Cow Feed Income/Expense | | | | |
| Herd Replacement - Cows Purchased | 495,900.00 | 495,900.00 | 427,750.00 | 427,750.00 |
| Herd Replacement - Culls | 69,375.00 | 69,375.00 | 69,375.00 | 69,375.00 |
| Herd Replacement - Deads | 13,875.00 | 13,875.00 | 13,875.00 | 13,875.00 |
| Herd Replacment - Purchases | 261,000.00 [180] | 261,000.00 | 261,000.00 [180] | 261,000.00 |
| Total Herd Replacement Expense | 840,150.00 | 840,150.00 | 772,000.00 | 772,000.00 |
| | | | | |
| Cattle Insurance | 4,500.00 | | 4,500.00 | |
| Liability Insurance | | | | |
| Insurance Expense - Other | | 17,000.00 | | 17,000.00 |
| Total Insurance Expense | 4,500.00 | 17,000.00 | 4,500.00 | 17,000.00 |
| | | | | |
| Bond Interest  (REED & IRB) | | 2,780.01 | | 2,780.01 |
| Interest-Feed & Cattle | | 74,165.40 | | 74,165.40 |
| Interest-Equipment | | 4,500.00 | | 4,500.00 |
| AgStar Payment | - | - | - | - |
| Interest Property | | 29,432.86 | | 29,432.86 |
| Total Interest Expense | 0.00 | 110,878.27 | 0.00 | 110,878.27 |

## Veblen East
## Profit & Loss

| | 8.01.10-8.17.10 | 8.18.10-8.31.10 | 9.01.10-9.17.10 | 9.18.10-9.30.10 |
|---|---:|---:|---:|---:|
| Beginning Cash | $ 60,882.76 | $ 108,712.46 | $ 177,863.89 | $ 205,239.70 |
| Ending Cash | $ 108,712.46 | $ 177,863.89 | $ 205,239.70 | $ 253,937.23 |
| | | | | |
| Workmans Comp Insurance | | 7,800.00 | | 7,800.00 |
| Labor Expense | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 |
| Total Labor Expense | 100,000.00 | 107,800.00 | 100,000.00 | 107,800.00 |
| | | | | |
| Marketing Expenses - Livestock | | | | |
| Marketing Expenses - Milk | | | | |
| Total Marketing Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | |
| Manure Equipment | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| Manure Consulting | | 2,500.00 | | 2,500.00 |
| Manure Expenses | | | | |
| Total Nutrient Management Expenses | 25,000.00 | 27,500.00 | 25,000.00 | 27,500.00 |
| | | | | |
| Dry Cow Faciltiy Rent | | | | |
| Feed Center Rent | | | | |
| Machinery Lease - Long Term | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Machinery Lease - Short Term | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 |
| Machinery Rental | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| Total Rent Expense | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 |
| | | | | |
| Building Repairs | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Equipment Repairs | 14,000.00 | 14,000.00 | 14,000.00 | 14,000.00 |
| Equipment Storage | | | | |
| Feed Center Repairs | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| Feed Truck Repairs | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Parlor Repairs   (Schumacher's cv) | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| Total Repairs & Maintenance | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 |
| | | | | |
| Farm Supplies   (Grobe's cv) | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Parlor Supplies | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Shop Supplies | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Supplies - Other | | | | |
| Total Supplies | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 |
| | | | | |
| Property Taxes | | | | |
| Sales Tax | | | | |
| Total Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | |
| Garbage | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| Gas & Electric | 66,000.00 | | 66,000.00 | |
| LP | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| Telephone / Internet | 1,500.00 | | 1,500.00 | |
| Water | 200.00 | | 200.00 | |
| Total Utilities | 72,400.00 | 4,700.00 | 72,400.00 | 4,700.00 |
| | | | | |
| Total Expense | 1,571,450.00 | 1,550,128.27 | 1,503,300.00 | 1,481,978.27 |
| | | | | |
| Net Ordinary Income | $ 97,829.70 | $ 119,151.43 | $ 77,375.81 | $ 98,697.54 |
| | | | | |
| Bankruptcy Specific Expenses | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 |
| | | | | |
| Net Income | 47,829.70 | 69,151.43 | 27,375.81 | 48,697.54 |