UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10146 |
| | ) | Chapter 11 |
| VEBLEN EAST DAIRY | ) | |
| LIMITED PARTNERSHIP | ) | ORDER DENYING VALUE ADDED'S |
| Tax ID/EIN 20-8870979 | ) | MOTION REGARDING TURNOVER |
| | ) | OF ACCOUNTING INFORMATION |
| Debtor. | ) | AND CERTAIN ASSETS |

Upon consideration of Value Added Science Technologies, L.L.C.'s motion asking this Court to determine what reports and assets it should turn over to an entity claiming to be the debtor-in-possession (doc. 12) and the record before the Court; and it appearing the motion does not set forth any statutory basis for the relief sought or demonstrate an equitable remedy is appropriate because no remedies at law exist; now, therefore,

IT IS HEREBY ORDERED Value Added Science Technologies, L.L.C.'s motion (doc. 12) is denied without prejudice.

So ordered:  July 8, 2010.

BY THE COURT:

*/s/ Charles L. Nail, Jr.*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota