UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

In re: : Case No. 10-10146
(Chapter 11)
:
VEBLEN EAST DAIRY LIMITED
PARTNERSHIP, :
Tax ID/EIN: 20-8870979,
:
Debtor.

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

## AGSTAR'S MOTION TO LIMIT NOTICE OF AGSTAR FINANCIAL SERVICES, PCA AND AGSTAR FINANCIAL SERVICES, FLCA'S MOTION TO EXCUSE COMPLIANCE WITH 11 U.S.C. § 543(A), (B) AND (C)

AgStar Financial Services, PCA and AgStar Financial Services, FLCA ("AgStar"), by and through its attorneys of record, Woods, Fuller, Shultz & Smith P.C., moves this Court to limit notice of its Motion to Excuse Compliance with 11 U.S.C. § 543(a), (b) and (c) for the following reasons:

1. AgStar's Motion to Excuse Compliance with 11 U.S.C. § 543(a), (b) and (c) has been filed with the Court on July 7, 2010.

2. AgStar requests that notice of the Motion be limited to interested parties pursuant to Local Bankruptcy Rule 2002-1(f) for the reasons stated in this Motion.

00677481.1

3. The Debtor has approximately 322 creditors on its schedules and/or matrix. If notice is not limited in the manner requested, the costs of reproducing and mailing the notice of AgStar's Motion will be expensive, prohibitive and unnecessary.

WHEREFORE, AgStar respectfully requests that the Court enter an Order limiting notice of its Motion to parties in interest only.

Dated this 8th day of July, 2010.

WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ ROGER W. DAMGAARD
Roger W. Damgaard (#340)
300 South Phillips Avenue, Suite 300
Post Office Box 5027
Sioux Falls, South Dakota 57117-5027
Attorneys for AgStar Financial Services, PCA
and AgStar Financial Services, FLCA
Telephone (605) 336-3890
Fax No. (605) 339-3357
E-mail: Roger.Damgaard@woodsfuller.com
