UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10146 |
| | ) | Chapter 11 |
| VEBLEN EAST DAIRY | ) | |
| LIMITED PARTNERSHIP, | ) | |
| Tax ID No.: 20-8870979 | ) | AFFIDAVIT OF |
| | ) | MICHAEL L. MEYER |
| Debtor. | | |

STATE OF MINNESOTA   )
                     ) SS.
COUNTY OF HENNEPIN   )

I, Michael L. Meyer, declare under penalty of perjury that:

1. I am an attorney at law, duly admitted to practice in the State of Minnesota and in the federal courts of the District of Minnesota. I am a shareholder in the law firm of Ravich Meyer Kirkman McGrath Nauman & Tansey, A Professional Association, 4545 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 ("Ravich").

2. The Engagement Letter between Ravich and the Debtor is attached hereto as **Exhibit A**.

3. To the best of my knowledge, neither Ravich nor any of its shareholders have any connection with any party holding a claim or other interest adverse to the above-named Debtor or its estates.

4. To the best of my knowledge, neither Ravich nor any of its shareholders have any connection with the creditors of the Debtor, the United States Trustee or employees of the United States Trustee, or any other party in interest or its respective attorneys.

\\rmk\rmkcommon$\home\lori\wpdata\41722 veblen east dairy\applications\employdec..doc

5.  The law firm of Ravich will not share with any other person or entity any compensation for services provided to the Debtor.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: July 9, 2010

Michael L. Meyer (MN Bar ID 72527)
Attorney for Debtor
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tele: (612) 332-8511
Fax: (612) 332-8302
Email: mlmeyer@ravichmeyer.com

Subscribed and sworn to before me
this 9th day of July, 2010.

Notary Public

LORI J. MICKELBOROUGH
Notary Public
Minnesota
My Commission Expires January 31, 2015

2

# EXHIBIT A

June 29, 2010

**Ravich Meyer Kirkman McGrath Nauman & Tansey**
*A Professional Association*

*Attorneys at Law*

DIRECT DIAL   (612) 317-4745
mlmeyer@ravichmeyer.com

Veblen East Dairy Limited Partnership
Attn: Richard Millner
P.O. Box 157
Velben, SD 57270-0157

The Dairy Dozen – Veblen, LLP
Attn: Richard Millner
P.O. Box 157
Velben, SD 57270-0157

Re:   Retention of Ravich Meyer Kirkman McGrath
      Nauman & Tansey, A Professional Association (the "Firm")

Dear Mr. Millner:

This letter will confirm the arrangements between you and my law firm regarding our retention by Veblen East Dairy Limited Partnership and The Dairy Dozen – Veblen, LLP (together, the "Company") and the fee arrangement.

The Company is presently experiencing financial difficulties and is anticipating the necessity of filing a petition for reorganization under chapter 11 of Title 11 of the United States Code. The Company desires to retain Ravich Meyer Kirkman McGrath Nauman & Tansey, A Professional Association (the "Firm") as its counsel in connection with the possible filing of a chapter 11 reorganization case in the U.S. Bankruptcy Court for the District of South Dakota (the "Chapter 11 Case"), and the Firm is willing to represent the Company in connection therewith on the terms and conditions hereinafter set forth.

The Company hereby retains the Firm to represent the Company in preparation for and in connection with the Chapter 11 Case. Such representation shall include (a) assistance to the Company and lead counsel in the preparation of any petition for a reorganization and all related documentation required in connection with the petition; (b) attendance at all court hearings occurring in the ordinary course of the chapter 11 case; and (c) assistance of lead counsel in the preparation of a plan of reorganization (the "Plan"), the disclosure statement and other pleadings.

USBS IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402 • Telephone (612) 332-8511 • Facsimile (612) 332-8302
Fed ID No. 41-1640850                                   www.ravichmeyer.com

Veblen East Dairy Limited Partnership
June 29, 2010
Page 2

The Firm agrees to provide representation to the Company, including but not limited to that described in the preceding paragraph hereof, for a total fee determined in accordance with customary factors applicable to determining a fee for legal services, including the following: (a) the time and labor required and the novelty and difficulty of the questions involved; (b) the likelihood that acceptance of representation of the Company will preclude other employment by the Firm; (c) the fee customarily charged in the particular locality for similar legal services; (d) the results obtained; (e) time limitations imposed by Client or by the circumstances; (f) the nature and length of the professional relationship of the Firm with the Company; (g) the experience, reputation and ability of the lawyer or lawyers performing the services; and (h) factors generally applicable to professional persons in reorganization cases.

Depending upon the attorney performing the services, a rate between $200 and $425.00 per hour will be charged. Paralegal time will be billed at a rate of $150.00 per hour. Hourly rates may change in the ordinary course of business upon the implementation of new hourly rates by the Firm, with notice to the Company. The current hourly rates for attorneys expected to provide services to the Company are: $425.00 for Michael L. Meyer and $285.00 for Will R. Tansey. Expenses directly attributable to the Company shall be specifically described and billed to the Company in accordance with the Firm's custom and practice. All extraordinary expenses such as travel expense and reproduction and postage on major mailings shall be paid directly by Client.

The Company has paid the Firm upon the date hereof the sum of $50,000 as a retainer which the Firm will hold as security for payment for professional services and disbursements. Upon the conclusion of the Firm's representation of the Company, after payment of all fees and costs, any unearned balance of the advance payment will be refunded to the Company.

Payment of all fees and expenses incurred by the Company shall be the obligation of the Company. Each month, the Firm will provide the Company with an invoice for services rendered and expenses incurred to be paid and approved by the Bankruptcy Court. If the Company should fail to pay any fees or expenses of the Firm within ten (10) days after such approval, then, the Firm shall have the right to withdraw from all further representation of the Company upon reasonable notice, and in compliance with the rules of professional responsibility and applicable rules of the Bankruptcy Court. The total fee payable by the Company to the Firm for representation in the chapter 11 case will be subject to the review and approval of the United States Bankruptcy Court.

Veblen East Dairy Limited Partnership
June 29, 2010
Page 3

Please review this letter and call me with any questions you might have. If the letter meets with your approval, please sign the enclosed copy and return it to me along with the retainer check. We look forward to working with you on these matters.

Best regards,

RAVICH MEYER KIRKMAN
McGRATH NAUMAN & TANSEY,
A PROFESSIONAL ASSOCIATION

By _____
   Michael L. Meyer

ACCEPTED and AGREED
JULY ~~JUNE~~ 1, 2010:

VEBLEN EAST DAIRY LIMITED PARTNERSHIP

By: _____
    ~~Richard Millner~~ STEVEN A. NERGER
Its: ~~Managing Partner~~ CHIEF RESTRUCTURING OFFICER

THE DAIRY DOZEN-VEBLEN, LLP

By: _____
    Richard Millner
Its:   Managing Partner

\\rmk\rmkcommon$\home\Lori\WPDATA\MISC2\FORM\RETAINER\Veblen East Dairy-retain-ch11.doc

**EXHIBIT A**



June 29, 2010

Veblen East Dairy Limited Partnership
Attn: Richard Millner
P.O. Box 157
Velben, SD 57270-0157

The Dairy Dozen – Veblen, LLP
Attn: Richard Millner
P.O. Box 157
Velben, SD 57270-0157

      Re:    **Retention of Ravich Meyer Kirkman McGrath Nauman & Tansey, A Professional Association (the "Firm")**

Dear Mr. Millner:

This letter will confirm the arrangements between you and my law firm regarding our retention by Veblen East Dairy Limited Partnership and The Dairy Dozen – Veblen, LLP (together, the "Company") and the fee arrangement.

The Company is presently experiencing financial difficulties and is anticipating the necessity of filing a petition for reorganization under chapter 11 of Title 11 of the United States Code. The Company desires to retain Ravich Meyer Kirkman McGrath Nauman & Tansey, A Professional Association (the "Firm") as its counsel in connection with the possible filing of a chapter 11 reorganization case in the U.S. Bankruptcy Court for the District of South Dakota (the "Chapter 11 Case"), and the Firm is willing to represent the Company in connection therewith on the terms and conditions hereinafter set forth.

The Company hereby retains the Firm to represent the Company in preparation for and in connection with the Chapter 11 Case. Such representation shall include (a) assistance to the Company and lead counsel in the preparation of any petition for a reorganization and all related documentation required in connection with the petition; (b) attendance at all court hearings occurring in the ordinary course of the chapter 11 case; and (c) assistance of lead counsel in the preparation of a plan of reorganization (the "Plan"), the disclosure statement and other pleadings.

Veblen East Dairy Limited Partnership
June 29, 2010
Page 2

The Firm agrees to provide representation to the Company, including but not limited to that described in the preceding paragraph hereof, for a total fee determined in accordance with customary factors applicable to determining a fee for legal services, including the following: (a) the time and labor required and the novelty and difficulty of the questions involved; (b) the likelihood that acceptance of representation of the Company will preclude other employment by the Firm; (c) the fee customarily charged in the particular locality for similar legal services; (d) the results obtained; (e) time limitations imposed by Client or by the circumstances; (f) the nature and length of the professional relationship of the Firm with the Company;  (g) the experience, reputation and ability of the lawyer or lawyers performing the services; and (h) factors generally applicable to professional persons in reorganization cases.

Depending upon the attorney performing the services, a rate between $200 and $425.00 per hour will be charged.  Paralegal time will be billed at a rate of $150.00 per hour.  Hourly rates may change in the ordinary course of business upon the implementation of new hourly rates by the Firm, with notice to the Company.  The current hourly rates for attorneys expected to provide services to the Company are: $425.00 for Michael L. Meyer and $285.00 for Will R. Tansey. Expenses directly attributable to the Company shall be specifically described and billed to the Company in accordance with the Firm's custom and practice.  All extraordinary expenses such as travel expense and reproduction and postage on major mailings shall be paid directly by Client.

The Company has paid the Firm upon the date hereof the sum of $50,000 as a retainer which the Firm will hold as security for payment for professional services and disbursements.  Upon the conclusion of the Firm's representation of the Company, after payment of all fees and costs, any unearned balance of the advance payment will be refunded to the Company.

Payment of all fees and expenses incurred by the Company shall be the obligation of the Company.  Each month, the Firm will provide the Company with an invoice for services rendered and expenses incurred to be paid and approved by the Bankruptcy Court.  If the Company should fail to pay any fees or expenses of the Firm within ten (10) days after such approval, then, the Firm shall have the right to withdraw from all further representation of the Company upon reasonable notice, and in compliance with the rules of professional responsibility and applicable rules of the Bankruptcy Court.  The total fee payable by the Company to the Firm for representation in the chapter 11 case will be subject to the review and approval of the United States Bankruptcy Court.

Veblen East Dairy Limited Partnership
June 29, 2010
Page 3

Please review this letter and call me with any questions you might have. If the letter meets with your approval, please sign the enclosed copy and return it to me along with the retainer check. We look forward to working with you on these matters.

Best regards,

RAVICH MEYER KIRKMAN
McGRATH NAUMAN & TANSEY,
A PROFESSIONAL ASSOCIATION

By _____
Michael L. Meyer

ACCEPTED and AGREED

JULY ~~JUNE~~ 1, 2010:

VEBLEN EAST DAIRY LIMITED PARTNERSHIP

By: _____
~~Richard Millner~~ STEVEN A. NERGER
Its: ~~Managing Partner~~ CHIEF RESTRUCTURING OFFICER

THE DAIRY DOZEN-VEBLEN, LLP

By: _____
Richard Millner
Its:   Managing Partner

\\rmk\rmkcommon$\home\Lori\WPDATA\MISC2\FORM\RETAINER\Veblen East Dairy-retain-ch11.doc