UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10146 |
| | ) | Chapter 11 |
| VEBLEN EAST DAIRY | ) | |
| LIMITED PARTNERSHIP | ) | ORDER SETTING CERTAIN |
| Tax ID/EIN 20-8870979 | ) | DEADLINES ON DEBTOR'S |
| | ) | MOTION FOR AUTHORITY TO |
| Debtor. | ) | USE CASH COLLATERAL AND |
| | ) | REQUEST FOR PRELIMINARY HEARING |

Upon consideration of Debtor's Motion for Authority to Use Cash Collateral and Request for Preliminary Hearing (doc. 16) and supplement to motion (doc. 38) and the record before the Court; and in compliance with Fed.R.Bankr.P. 4001(b); and for cause shown; now, therefore,

IT IS HEREBY ORDERED any objection to Debtor's first preliminary request for authority to use cash collateral for expenses identified, on the Profit and & Loss exhibit attached to the supplement, as being incurred weekly or July 2, 2010 through July 19, 2010 shall be filed on or before July 12, 2010 at 12:00 noon (Central). If an objection to this first preliminary request is timely filed, a preliminary hearing will be held July 14, 2010 at 9:00 a.m. (Central) in the assigned courtroom, U.S. Courthouse, 400 South Phillips Avenue, Sioux Falls, South Dakota, following the hearing on AgStar Financial Services, PCA and AgStar Financial Services, FCLA's Motion to Excuse Compliance with 11 U.S.C. § 543(a), (b), and (c) (doc. 21). If no objection is timely filed, no preliminary hearing will be held, and the Court may grant the first preliminary request to use cash collateral; and

IT IS HEREBY ORDERED any objection to Debtor's second preliminary request for authority to use cash collateral for expenses identified, on the Profit and & Loss exhibit attached to the supplement, as being incurred weekly or between July 20, 2010 and July 26, 2010, shall be filed on or before July 19, 2010 at 12:00 noon (Central). If an objection to this second preliminary request is timely filed, a preliminary hearing will be held upon notice to parties in interest. If no objection is

timely filed, no preliminary hearing will be held, and the Court may grant the second preliminary request to use cash collateral; and

IT IS FURTHER ORDERED any objection to Debtor's final request for authority to use cash collateral, as set forth in Debtor's motion and supplement, shall be filed on or before July 26, 2010. If an objection to the final request is timely filed, a final hearing will be held upon notice to parties in interest. If no objection is timely filed, no final hearing will be held, and the Court may grant the final request to use cash collateral; and

IT IS FURTHER ORDERED counsel for Debtor shall, on July 9, 2010, serve Debtor's Motion for Authority to Use Cash Collateral and Request for Preliminary Hearing, the supplement to the motion, and this order on parties in interest who are not electronically served. This order shall constitute the notice of the Debtor's Motion for Authority to Use Cash Collateral and Request for Preliminary Hearing and the supplement to the motion

So ordered: July 9, 2010.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota