UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: ) | Bankr. No. 10-10146 |
| ) | Chapter 11 |
| VEBLEN EAST DAIRY ) | |
| LIMITED PARTNERSHIP ) | SUPPLEMENTAL ORDER SETTING |
| Tax ID/EIN 20-8870979 ) | CERTAIN DEADLINES REGARDING |
| ) | EVIDENTIARY HEARING ON AGSTAR'S |
| Debtor. ) | MOTION TO EXCUSE COMPLIANCE |
| ) | WITH 11 U.S.C. § 543(a),(b), and (c) |
| ) | |

In supplement to the Court's Order Reducing Notice and Setting Certain Deadlines and Hearing on AgStar's Motion to Excuse Compliance with 11 U.S.C. § (543(a), (b), and (c) (doc. 33); and for cause shown; now, therefore,

IT IS HEREBY ORDERED:

The deadline to report a settlement of AgStar Financial Services, PCA and AgStar Financial Services, FLCA's Motion to Excuse Compliance with 11 U.S.C. § 543(a),(b), and(c) (doc. 21) without possible imposition of costs is 2:00 p.m. (Central) July 13, 2010;

Each party shall, on or before July 13, 2010, file a Witness and Exhibit List that conforms to the sample at Bankr. D.S.D. R. Appendix 9G. The list shall state the name of each witness and shall itemize each exhibit with a corresponding letter or number. AgStar Financial Services, PCA and AgStar Financial Services, FLCA's Witness and Exhibit List shall also set forth the exhibits to be offered jointly. Joint exhibits shall be identified by the letter J and a number, *e.g.*, J1, J2. Debtor's exhibits shall be identified by the letter D and a number, *e.g.*, D1, D2. AgStar Financial Services, PCA and AgStar Financial Services, FLCA's exhibits shall be identified by the letter A and a number, *e.g.,* A1, A2, Hanul Professional Law Corporation's exhibits shall be identified by the letter H and a number, *e.g.*, H1, H2, Stockman's Supply and Big Johnson Construction's exhibits shall be identified by the letters SB and a number, *e.g.*, SB1, SB2. A party may supplement, for cause, their Witness and Exhibit List before the evidentiary hearing by filing the supplement with the Court and providing a copy to each opposing party;

Each party shall bring to the evidentiary hearing the original plus two copies of each exhibit for the Court and one copy of each exhibit for each opposing party. Copies of colored photographic exhibits shall be colored copies. The Court will mark the original exhibits at the hearing. The parties shall mark all copies of exhibits before the hearing according to that party's Witness and Exhibit List as set forth above. If

a party has numerous exhibits, the party shall collate the original exhibits, when possible, and the required copies in notebooks and provide an index for each that conforms to the sample at Bankr. D.S.D. R. Appendix 9H. If an exhibit has more than five pages, the pages shall be numbered for ease of reference, unless the pages cannot be numbered without obscuring essential information;

All parties shall ensure the original transcript of any deposition or Rule 2004 examination taken in conjunction with this matter is filed as soon as the transcript is completed and in no event later than July 13, 2010;

Any pre-hearing briefs shall be filed on or before 4:00 p.m. (Central) on July 13, 2010;

A failure to disclose information or a witness timely, as required by applicable Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure, and the orders of this Court, may result in a denial of use of that information or witness at the hearing or other appropriate sanctions against the offending party; and

A failure to comply with this order may result in appropriate sanctions against the offending party.

So ordered: July 12, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota