UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10146 |
| | ) | Chapter 11 |
| VEBLEN EAST DAIRY | ) | |
| LIMITED PARTNERSHIP | ) | ORDER ALLOWING ATTORNEYS |
| Tax ID/EIN 20-8870979 | ) | MEYER AND TANSEY |
| | ) | TO APPEAR *PRO HAC VICE* |
| Debtor. | ) | |

Upon consideration of Attorney Thomas Tobin's Motions for Admission Pro Hac Vice (docs. 15 and 42), Attorney Michael L. Meyer's Statement of Proposed Admittee (doc. 15), Attorney Will R. Tansey's Statement of Proposed Admittee (doc. 42), and the record before the Court; and it appearing the motions comply with D.S.D. LR 83.3(E); and it further appearing the appearance fees required by the United States Court's Standing Order have been paid; and for cause shown; now, therefore,

IT IS HEREBY ORDERED the motions are granted, and Attorneys Meyer and Tansey may appear *pro hac vice* for Debtor.  Attorneys Meyer and Tansey shall make arrangements with the Bankruptcy Clerk to file and receive all documents electronically and, unless subsequently otherwise ordered, shall insure Attorney Tobin signs all documents to be filed, as required by D.S.D. Civ. LR 83.3(E).

So ordered:   July 13, 2010.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the attached service list.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

Michael L. Meyer
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Will R. Tansey
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Veblen East Dairy Limited Partnership
PO Box 157
Veblen, SD 57270

Elanco Animal Health
Attn: Lisa Treadway
75 Remittance Drive, Suite 6889
Chicago, IL 60675-6889

Farmers Elevator, Inc
Attn: Jeff Topp
440 S. Railroad Ave
PO Box 7
Grace City, ND 58445

Hanul Professional Law Corporation
Attn: James Park
2677 N. Main Street, Suite 1070
Santa Ana, CA 92705

Hydro Engineering Inc
115 East Main Street
PO Box 300
Norwood Young America, MN 55368-0300

Michaelson Farms
Attn: Jerry Michaelson
21320 210th Avenue SW
Crookston, Mn 56716

Mid-State Insulation, Inc
Attn: Ray Nagel
PO Box 188
Park Rapids, MN 56470

Minnesota Select Sires
Attn: Chris Sigurdson
6601 Gregory Park Road
Saint Cloud, MN 56301

New Horizon Dairy
Attn: Jeff Stormo
PO Box 157
Veblen, SD 57270

Nutrition Physiology
Attn: Jackie Monk
PO Box 975336
Dallas, TX 75397-5336

Stockman's Supply
Attn: Rob Jameson
802 West Main Avenue
West Fargo, ND 58078