UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
_____

In re:                                                    Case No:  10-10146
                                                          (Chapter 11)
VEBLEN EAST DAIRY
LIMITED PARTNERSHIP,
Tax ID/EIN: xx-xxx0979

        Debtor.
_____

**AMENDED MOTION FOR ADMISSION PRO HAC VICE
FOR CHARLES W. RIES**
_____

**Statement of Movant**

I, Marcus J. Christianson, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Charles W. Ries, an attorney admitted to practice in the District of Minnesota, but not admitted to the Bar of this Court, who will be counsel for creditors Stockman's Supply, Inc., Big Johnson Construction, Farmers Elevator, Inc., Riley Bros Construction, Inc., and Mid States Insulation, in the case listed above. I am aware of Local Rule 83.2(E) regarding the appearance of attorneys pro hac vice.

Respectfully submitted this 13th day of July, 2010

                                        /e/ Marcus J. Christianson_____
                                        Marcus J. Christianson        #16743
                                        MASCHKA, RIEDY & RIES
                                        Attorney for Stockman Supply, Inc. and
                                                Big Johnson Construction
                                                Farmers Elevator, Inc.,
                                                Riley Bros Construction, and
                                                Mid States Insulation
                                        201 North Broad Street, Suite 200
                                        P.O. Box 7
                                        Mankato, MN 56002-0007
                                        Telephone:  507-625-6600
                                        Email:  marc_christianson@mrr-law.com

## Statement of Proposed Admittee

I, Charles W. Ries, am currently a member in good standing of the U.S. District Court for the District of Minnesota, but not admitted in the Bar of this Court. I am aware of Local Rule 83.2(E) regarding the appearance of attorneys pro hac vice.

| | | |
|---|---|---|
| July 13, 2010 | Charles W. Ries | _(signature)_ |
| Date | Type/Print Name | Signature |

Law Firm: Maschka Riedy & Ries

Address: 201 N Broad Street, Ste. 200
PO Box 7
Mankato, MN 56002-0007

Phone: 507-625-6600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
_____

In re:                                                                    Case No:  10-10146
                                                                          (Chapter 11)
VEBLEN EAST DAIRY
LIMITED PARTNERSHIP,
Tax ID/EIN: xx-xxx0979

            Debtor.
_____

## UNSWORN CERTIFICATE OF SERVICE
_____

I hereby certify that on the 13th day of July, 2010, I caused to be served by United States first-class mail, postage prepaid, or served electronically by the Clerk's office, a true and correct copy of the Amended Motion for Admission Pro Hac Vice for Charles W. Ries upon the following:

Kenneth Corey-Edstrom  *sent via email*
kcoryedstrom@larkinhoffman.com
bhogan&larkinhoffman.com
bpeppersack@larkinhoffman.com

Roger W. Damgaard  *sent via email*
roger.damgaard@woodsfuller.com

Bruce J. Gering  *sent via email*
ustpregion12.sx.ecf@usdoj.gov

Kathleen Harrell-Latham  *sent via email*
klatham@larkinhoffman.com
mleonard@larkinhoffman.com
dludvigson@larkinhoffman.com
kswenson@larkinhoffman.com

Douglas W. Kassebaum  *sent via email*
dkassebaum@fredlaw.com

Cheryl Schrempp DuPris  *sent via email*
usasd.ecfbankruptcy@usdoj.gov

Timothy M. Engel  *sent via email*
tme@magt.com
drm@magt.com

Charles T. Patterson  *sent via email*
tom.patterson@wildblue.net

Thomas M. Tobin  *sent via email*
ttk@nvc.net
ttobin@nvc.net
jjensen1@nvc.net

Ag Processing Inc.
Attn: Scott Quick
800 Diagonal
Dawson, MN 56232

Butler Machinery
Attn: Troy V e Witz
P.O. Box 9559
Fargo, ND 58106-9559

Economy Propane, LLC
Attn: Laura Thompson
902 N. 14th St.
Oakes, ND 58474

Elanco Animal Health
Attn: Lisa Treadway
75 Remittance Drive, Suite 6889
Chicago, IL 60675-6889

Fargo Water Equipment
Attn: Melanie Closterman
P.O. Box 128
Fargo, ND 58107-0128

Farmers Eleyator, Inc
Attn:  Jeff Topp
440 S. Railroad Ave
PO Box 7
Grace City, ND 58445

Hanul Law Office
Attn: James Park
2677 N. Main Street, Suite 1070
Santa Ana, CA 92705

Houston Engineering, Inc.
Attn: Brenda Stroh
1401 2lt Ave N
Fargo, ND 58102-1014

Hydro Engineering Inc
115 East Main Street
PO Box 300
Norwood Young America, MN 55368-0300

Lookout Ridge Consulting
P.O. Box 4249
1921 Premier Driye
Mankato, MN 56002

Michaelson Farms
Attn: Jerr Michaelson
21320 210th Avenue SW
Crookston, Mn 56716

Mid-State Insulation, Inc
Attn: Ray Nagel
PO Box 188
Park Rapids, MN 56470

Minnesota Select Sires
Attn: Chris Sigurdson
6601 Gregory Park Road
Saint Cloud, MN 56301

Munson Lakes
Attn: Ray Munson
P.O. Box 549
Howard Lakes, MN 55349

New Horizon Dairy
Attn: Jeff Stormo
PO Box 157
Veblen, SD 57270

Nutrition Physiology
Attn: Jackie Monk
PO Box 975336
Dallas, TX 75397-5336

Paul's Electric Inc.
454 4th Street
P.O. Box 95
Wyndmere, ND 58081-0095

Schumacher Sales Co. Inc.
Attn: Bob Malson
13332 384th Ayenue
Aberdeen, SD 57401

Stockman's Supply
Attn: Rob Jameson
802 West Main Avenue
West Fargo, ND 58078

Tank's Backhoe Service
Attn: Arlo Tank
10746 423rd Avenue
Britton, SD 57430

Veblen East Dairy Limited Partnership
10530 - 448th Avenue
Veblen, SD 57270

2

| | |
|---|---|
| Dated this 13th day of July, 2010 | /e/ Marcus J. Christianson<br>Marcus J. Christianson    #16743<br>MASCHKA, RIEDY & RIES<br>Attorney for Stockman Supply, Inc. and<br>    Big Johnson Construction<br>    Farmers Elevator, Inc.,<br>    Riley Bros Construction, and<br>    Mid States Insulation<br>201 North Broad Street, Suite 200<br>P.O. Box 7<br>Mankato, MN 56002-0007<br>Telephone:  507-625-6600 |

3