UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

|  |  |
|---|---|
| In re: | : Case No. 10-10146 |
|  | (Chapter 11) |
| VEBLEN EAST DAIRY LIMITED PARTNERSHIP, | : |
| Tax ID/EIN: 20-8870979, |  |
|  | : |
| Debtor. |  |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

### AGSTAR'S WITNESS AND EXHIBIT LIST RE:
### MOTION TO EXCUSE COMPLIANCE
### WITH 11 U.S.C. § 543(a), (b) and (c)

AgStar Financial Services PCA, and AgStar Financial Services, FLCA ("AgStar), by and through its attorneys of record, Woods, Fuller, Shultz & Smith P.C., hereby submits the following Exhibit and Witness List for the hearing on AgStar's Motion to Excuse Compliance with 11 U.S.C. § 543(a), (b) and (c) scheduled to begin on Wednesday, July 14, 2010, commencing at 9:00 o'clock a.m. in the bankruptcy courtroom in Sioux Falls, South Dakota:

**WITNESS LIST:**

1. Chris Hawkins
2. Tiffany Breitkreutz
3. Steve Weiss
4. Casey Westphalen
5. Richard Millner
6. Steven Nerger of Silverman Consulting, Chief Restructuring Officer
7. Any witness on Debtor's Witness List or called by any party
8. Any witnesses necessary for impeachment or rebuttal

00679372.1

**EXHIBIT LIST:**

| ID. | BRIEF DESCRIPTION | MARKED | OFFERED | REJECTED | ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| A1 | Schedules and Statement of Affairs for Veblen West as amended and revised | | | | | |
| A2 | Schedules and Statement of Affairs for The Dairy Dozen-Millnor, LLP, d/b/a Five Star Dairy - as amended or revised | | | | | |
| A3 | Veblen East/PRM Management Agreement | | | | | |
| A4 | Purchase Agreement/Assignment and Bill of Sale to Veblen West Dairy, LLP ($4,639,568.76) (February 22, 2010) | | | | | |
| A5 | Purchase Agreement/Assignment and Bill of Sale to Vantage Cattle Company, LLP ($393,826.26) (February 22, 2010) | | | | | |
| A6 | Purchase Agreement/Assignment and Bill of Sale to Vantage Cattle Company, LLP ($2,217,122.21) (February 22, 2010) | | | | | |
| A7 | Stipulation for Entry of Order (Receivership) - District Court, Blue Earth County, MN, March 2, 2010 | | | | | |
| A8 | Order (Receivership) - District Court, Blue Earth County, MN, March 3, 2010 | | | | | |

| ID. | BRIEF DESCRIPTION | MARKED | OFFERED | OBJECTION | ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| A9 | Letter Brief by AgStar to District Court, Blue Earth County, MN, re Veblen East's Receiver's May 3, 2010 Report and Recommendations (June 7, 2010) | | | | | |
| A10 | Letter Brief by AgStar to District Court, Blue Earth County, MN (June 8, 2010) | | | | | |
| A11 | Letter Brief by AgStar to District Court, Blue Earth County, MN (June 21, 2010) | | | | | |
| A12 | Curriculum Vitae: Steven Weiss (VAST) | | | | | |
| A13 | Curriculum Vitae: Scott Yoder (VAST) | | | | | |
| A14 | Curriculum Vitae: Ron Beach (VAST) | | | | | |
| A15 | Curriculum Vitae: Casey Westphalen (VAST) | | | | | |
| A16 | Curriculum Vitae: Mark Zaccone (VAST) | | | | | |
| A17 | Curriculum Vitae: Lewis Denton Blevins (VAST) | | | | | |
| A18 | Receiver (VAST) Update of Receivership Memorandum to District Court, Blue Earth County, MN (April 2, 2010) | | | | | |

| ID. | BRIEF DESCRIPTION | MARKED | OFFERED | REJECTED | ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| A19 | Receiver (VAST) correspondence to the Honorable Bradley C. Walker (May 3, 2010) (submitting assessment of financial operating condition of Veblen East) | | | | | |
| A20 | Receiver (VAST) Update of Receivership Memorandum to District Court, Blue Earth County, MN (July 12, 2010) | | | | | |
| A21 | Settlement Agreement/Compliance Agreement by and between Veblen East Dairy and SD DENR (May 3, 2010) | | | | | |
| A22 | Receiver's Motion regarding Feed Pile and Indebtedness Issue | | | | | |
| A23 | Veblen East Dairy - Summary of amounts due from affiliated entities | | | | | |
| A24 | The Dairy Dozen Heifers LLP Invoice (January 31, 2010) to Veblen East Dairy ($855,000.00) together with Dairy Comp Record | | | | | |
| A25 | Veblen East vendor balance detail for Vantage Cattle Company as of May 5, 2010 | | | | | |
| A26 | Veblen East customer balance detail for Veblen West as of July 7, 2010 | | | | | |
| A27 | List of Guarantors | | | | | |

00679372.1                                    4

| ID. | BRIEF DESCRIPTION | MARKED | OFFERED | ADMITTED | OBJECTION | NOTES |
|---|---|---|---|---|---|---|
| A28 | List of Owners and Ownership Interests | | | | | |
| A29 | Any exhibits necessary for rebuttal or impeachment | | | | | |
| A30 | Any exhibit used or disclosed by any other party | | | | | |
| | | | | | | |

Dated this 13th day of July, 2010.

           WOODS, FULLER, SHULTZ & SMITH P.C.

         By /s/ ROGER W. DAMGAARD
           Roger W. Damgaard (#340)
           300 South Phillips Avenue, Suite 300
           Post Office Box 5027
           Sioux Falls, South Dakota 57117-5027
           Telephone (605) 336-3890
           Fax No. (605) 339-3357
           E-mail: Roger.Damgaard@woodsfuller.com

and

           Gary W. Koch
           Dustan J. Cross
           GISLASON & HUNTER LLP
           2700 S. Broadway
           P. O. Box 458
           New Ulm, MN 56073-0458
           Phone: 507-354-3111
           Fax:  507-354-6310

           ATTORNEYS FOR AGSTAR FINANCIAL SERVICES, PCA AND AGSTAR FINANCIAL SERVICES, FLCA