UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10146 |
| | ) | Chapter 11 |
| VEBLEN EAST DAIRY | ) | |
| LIMITED PARTNERSHIP, | ) | |
| Tax ID No.: 20-8870979 | ) | |
| | ) | DEBTOR'S RESPONSE TO AGSTAR'S |
| Debtor. | ) | MOTION FOR APPOINTMENT OF A |
| | | TRUSTEE |

The Debtor, Veblen East Dairy Limited Partnership, files this response to AgStar's motion for the appointment of a trustee.

1. The Debtor consents to the appointment of a trustee under 11 U.S.C. §1104.

2. The trustee appointed under section 1104 must be disinterested. The Debtor submits that Value-Added Science and Technologies, LLC, the receiver currently in possession of the Debtor's assets, is not disinterested and should not be appointed trustee.

3. According to the evidence at the hearing on AgStar's motion to excuse compliance with 11 U.S.C. §543, there are questions concerning the receiver's operation of the Debtor's business, the amount of fees paid the receiver, and the receiver's independence.

4. A third party who has no prepetition ties to the Debtor's estate should be appointed trustee.

WHEREFORE, the Debtor requests that the Court enter an order directing the United States Trustee to appoint a disinterested chapter 11 trustee and award such further relief as the Court deems just.

\\rmk\rmkcommon$\home\lori\wpdata\41722 veblen east dairy\bank\consent to trustee.doc

Dated: July 19, 2010

/s/ Michael L. Meyer
Michael L. Meyer
Attorney for Debtor
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tele: (612) 332-8511
Fax: (612) 332-8302
Email: mlmeyer@ravichmeyer.com

AND

Thomas M. Tobin
Attorney for Debtor
404 S. Lincoln
P.O. Box 1456
Aberdeen, SD 57401
Tele: (605) 225-1000
Fax: (605) 225-0625
Email: ttobin@nvc.net