# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10146 |
| | ) | Chapter 11 |
| VEBLEN EAST DAIRY | ) | |
| LIMITED PARTNERSHIP, | ) | |
| Tax ID No.: 20-8870979 | ) | APPLICATION FOR EXTENSION OF |
| | ) | TIME TO FILE SCHEDULES |
| Debtor. | ) | |

The Application of Debtor, by its counsel, states:

1. Debtor filed a Petition under chapter 11 of the Bankruptcy Code on July 2, 2010.

2. The deadline for filing Schedules and the Statement of Financial Affairs for Debtor was July 16, 2010.

3. Despite substantial effort, due to the shortage of management and staff and the large amount of information that needs to be assembled for the required documents, Debtor has not been able to complete the Schedules and Statement of Financial Affairs within the allotted time. Debtor needs approximately three (3) additional business days to complete the Schedules and Statement of Financial Affairs.

WHEREFORE, Applicant requests that the Court extend the deadline for filing the Schedules and Statement of Financial Affairs to July 21, 2010.

/s/ Michael L. Meyer
Michael L. Meyer
Attorney for Debtor
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tele: (612) 332-8511
Fax: (612) 332-8302
Email: mlmeyer@ravichmeyer.com

AND

Thomas M. Tobin
Attorney for Debtor
404 S. Lincoln
P.O. Box 1456
Aberdeen, SD 57401
Tele: (605) 225-1000
Fax: (605) 225-0625
Email: ttobin@nvc.net