UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10146 |
| | ) | Chapter 11 |
| VEBLEN EAST DAIRY | ) | |
| LIMITED PARTNERSHIP | ) | |
| Tax ID/EIN 20-8870979 | ) | ORDER DIRECTING UNITED |
| | ) | STATES TRUSTEE TO APPOINT |
| Debtor. | ) | A CHAPTER 11 TRUSTEE |

Upon consideration of AgStar Financial Services, PCA and AgStar Financial Services, FLCA's Motion for Appointment of a Trustee (doc. 46), Debtor's response (doc. 109), and the record before the Court; and for cause shown; now, therefore,

IT IS HEREBY ORDERED AgStar Financial Services, PCA and AgStar Financial Services, FLCA's motion is granted, and the United States Trustee shall appoint, subject to court approval, a chapter 11 trustee pursuant to 11 U.S.C. § 1104(c).

IT IS FURTHER ORDERED pending the Court's approval of the United States Trustee's appointment of a chapter 11 trustee, Debtor and its principals and Value-Added Science and Technologies, L.L.C. and its principals retain their respective fiduciary duties to the bankruptcy estate.

So ordered: July 20, 2010.

BY THE COURT:

*/s/ Charles L. Nail, Jr.*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota