UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: ) | Bankr. No. 10-10146 |
| ) | Chapter 11 |
| VEBLEN EAST DAIRY ) | |
| LIMITED PARTNERSHIP ) | COURT'S EXHIBIT AND WITNESS |
| Tax ID/EIN 20-8870979 ) | LIST FOR HEARING ON AG STAR |
| ) | FINANCIAL SERVICES, PCA AND |
| Debtor. ) | AG STAR FINANCIAL SERVICES, |
| ) | FLCA'S MOTION TO EXCUSE |
| ) | COMPLIANCE WITH 11 U.S.C. |
| ) | § 543 HELD JULY 14, 2010 |

WITNESSES:

    Richard Millner
    Steven Weis
    Michael Stavick
    Steven A. Nerger

EXHIBITS:

All exhibits listed below were received by stipulation of the parties.

A = AgStar Financial Services PCA and FLCA's exhibits.
D = Debtor's exhibits.
H = Hanul Professional Law Corporation's exhibits.

| ID. | BRIEF DESCRIPTION | MARKED | OFFERED | OBJECTION | ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| A1 | Schedules and Statement of Affairs for Veblen West, as amended | X | X | | X | |
| A2 | Schedules and Statement of Affairs for The Dairy Dozen-Millnor, LLP, d/b/a Five Star Dairy - as amended | X | X | | X | |
| A3 | Veblen East/PRM Management Agreement | X | X | | X | |
| A4 | Purchase Agreement/Assignment and Bill of Sale to Veblen West Dairy, LLP February 22, 2010 | X | X | | X | |
| A5 | Purchase Agreement/Assignment and Bill of Sale to Vantage Cattle Company, LLP February 22, 2010 | X | X | | X | |

| ID. | BRIEF DESCRIPTION | MARKED | OFFERED | OBJECTION | ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| A6 | Purchase Agreement/Assignment and Bill of Sale to Vantage Cattle Company, LLP February 22, 2010 | X | X | | X | |
| A7 | Stipulation for Entry of Order (Receivership) - District Court, Blue Earth County, MN, March 2, 2010 | X | X | | X | |
| A8 | Order (Receivership) - District Court, Blue Earth County, MN, March 3, 2010 | X | X | | X | |
| A9 | Letter Brief by AgStar to District Court, Blue Earth County, MN, re: Veblen East's Receiver's May 3, 2010 Report and Recommendations June 7, 2010 | | | | | |
| A10 | Letter Brief by AgStar to District Court, Blue Earth County, MN June 8, 2010 | X | X | | X | |
| A11 | Letter Brief by AgStar to District Court, Blue Earth County, MN June 21, 2010 | X | X | | X | |
| A12 | Curriculum Vitae: Steven Weiss | X | X | | X | |
| A13 | Curriculum Vitae: Scott Yoder | X | X | | X | |
| A14 | Curriculum Vitae: Ron Beach | X | X | | X | |
| A15 | Curriculum Vitae: Casey Westphalen | X | X | | X | |
| A16 | Curriculum Vitae: Mark Zaccone | X | X | | X | |
| A17 | Curriculum Vitae: Lewis Denton Blevins | X | X | | X | |
| A18 | Receiver (VAST) Update of Receivership Memorandum to District Court, Blue Earth County, MN  April 2, 2010 | X | X | | X | |
| A19 | Receiver (VAST) correspondence to the Honorable Bradley C. Walker May 3, 2010 assessment of financial operating condition of Veblen East | X | X | | X | |

| ID. | BRIEF DESCRIPTION | MARKED | OFFERED | OBJECTION | ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| A20 | Receiver (VAST) Update of Receivership Memorandum to District Court, Blue Earth County, MN  July 12, 2010 | X | X | | X | |
| A21 | Settlement Agreement/Compliance Agreement by and between Veblen East Dairy and SD DENR May 3, 2010 | X | X | | X | |
| A22 | Receiver's motion regarding feed pile and indebtedness issue | X | X | | X | |
| A23 | Veblen East Dairy - summary of amounts due from affiliated entities | X | X | | X | |
| A24 | The Dairy Dozen Heifers LLP Invoice, January 31, 2010, to Veblen East Dairy together with Dairy Comp Record | X | X | | X | |
| A25 | Veblen East vendor balance detail for Vantage Cattle Company as of May 5, 2010 | X | X | | X | |
| A26 | Veblen East customer balance detail for Veblen West as of July 7, 2010 | X | X | | X | |
| A27 | List of Guarantors | X | X | | X | |
| A28 | List of Owners and Ownership Interests | X | X | | X | |
| A29 | E mail from Casey Westphalen dated July 9, 2010 to Steve Nerger cc to Steve Weiss | X | X | | X | |
| | | | | | | |
| D1 | 90 day budget | X | X | | X | |
| D2 | Veblen East Dairy Limited Partnership - Limited Partnership Agreement | X | X | | X | |
| D3 | The Dairy Dozen - Veblen, LLP - Partnership Agreement | X | X | | X | |
| D4 | Steven A. Nerger's resume | X | X | | X | |

| ID. | BRIEF DESCRIPTION | MARKED | OFFERED | OBJECTION | ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| D5 | Resolutions appointing Steven A. Nerger as Chief Restructuring Officer | X | X | | X | |
| D6 | Email dated July 8, 2010 from Receiver to Steven A. Nerger | X | X | | X | |
| | | | | | | |
| H1 | Veblen East Dairy Limited Partnership - Limited Partnership Agreement dated January 30, 2007 | X | X | | X | |
| H2 | Veblen East Dairy Limited Partnership - Limited Partnership Agreement - First Addendum dated September 9, 2008 | X | X | | X | |
| H3 | The Dairy Dozen - Veblen, LLP - Statement Regarding Partnership Resolutions dated July 2, 2010 (Bankr. No. 10-10147, doc. 4) | X | X | | X | |
| H4 | Veblen East Dairy Limited Partnership - Statement Regarding Partnership Resolutions dated July 2, 2010 (Bankr. No. 10-10146, doc. 6) | X | X | | X | |
| H5 | Letter dated May 11, 210 from Jeff Seven to The Dairy Dozen - Veblen, LLP | X | X | | X | |
| H6 | Letter dated May 11, 2010 from Jeff Seven to The Dairy Dozen - Veblen, LLP | X | X | | X | |
| H7 | Letter dated May 11, 2010 from Jeff Seven to Richard Millner | X | X | | X | |
| H8 | Guaranty and Pledge Agreement by The Dairy Dozen - Veblen, LLP dated April 30, 2009 | X | X | | X | |
| H9 | Guaranty and Pledge Agreement by Richard Millner dated April 30, 2009 | X | X | | X | |

4

| ID. | BRIEF DESCRIPTION | MARKED | OFFERED | OBJECTION | ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| H10 | Joint Record of Action of Dairy Dozen - Veblen, LLP and Veblen East Dairy Limited Partnership dated July 1, 2010 (Bankr. No. 10-10146, doc. 5-1) | X | X |  | X |  |
| H11 | Letter dated July 1, 2010 from Steven A. Nerger from Silverman Consulting to Rick Millner | X | X |  | X |  |
|  |  |  |  |  |  |  |

Dated: July 21, 2010.

BY: /s/ Nita Sarvis
Courtroom Deputy